**United States Bankruptcy Court**
**District of Arizona**

In re  **FOSTER J RIZOPOULOS**              Case No.  **2:10-bk-01989**
                         Debtor(s)           Chapter   **11**

## Declaration of Evidence of Employers' Payments Within 60 Days

☐   Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☐   Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

■   Debtor has received the following payments from employers within 60 days prior to the filing of the petition:  **15833.34**  .

Debtor,  **FOSTER J RIZOPOULOS**  , declares the foregoing to be true and correct under penalty of perjury.

Date  **January 28, 2010**        Signature  **/s/ FOSTER J RIZOPOULOS**
                                             **FOSTER J RIZOPOULOS**
                                             Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 030 |
|-----|------|-------|-------|-----------|-----|
| 1DK | 000259 | 022 | | 0000510036 | 1 |

# Earnings Statement

**ADP**

*CURRIE & BROWN, INC*
*731 ALEXANDER ROAD 1ST FLR*
*PRINCETON, NJ 08540*

Period Beginning: 11/28/2009
Period Ending: 12/25/2009
Pay Date: 12/23/2009

00000000036
**FOSTER RIZOPOLOUS**
**20333 NW ANZALONE DR**
**APT. #154**
**HILLSBORO, OR 97006**

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 6
  OR: 6

Social Security Number: XXX-XX-8686

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7916.67 | | 7,916.67 | |
| **Gross Pay** | | | **$7,916.67** | 94,249.98 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -632.39 | 8,928.97 |
| | Social Security Tax | -484.64 | 5,777.82 |
| | Medicare Tax | -113.34 | 1,351.26 |
| | OR State Income Tax | -343.35 | 4,570.69 |
| | **Other** | | |
| | Cafe Med | -99.95* | 1,059.37 |
| | Checking1 | -4,400.01 | |
| | 401K$ | -1,842.99* | 16,500.00 |
| | **Net Pay** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Eligible Wages | 7,916.67 | 94,249.98 |
| 401K Er Match | 237.50 | 2,827.50 |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$5,973.73

© 2000 ADP, Inc

CURRIE & BROWN, INC
731 ALEXANDER ROAD 1ST FLR
PRINCETON, NJ 08540

**Advice number:** 00000510036
Pay date: 12/23/2009

**THIS IS NOT A CHECK**

| **Deposited to the account of** | account number | transit ABA | amount |
|---|---|---|---|
| **FOSTER RIZOPOLOUS** | xxxxx8034 | xxxx xxxx | $4,400.01 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 030 |
|-----|------|-------|-------|-----------|-----|
| **1DK** | 000259 | 022 | | 0000480042 | 1 |

# Earnings Statement

ADP

CURRIE & BROWN, INC  
731 ALEXANDER ROAD 1ST FLR  
PRINCETON, NJ 08540

Period Beginning: 10/31/2009  
Period Ending: 11/27/2009  
Pay Date: 11/27/2009

00000000042  
**FOSTER RIZOPOLOUS**  
**20333 NW ANZALONE DR**  
**APT. #154**  
**HILLSBORO, OR 97006**

Taxable Marital Status: Single  
Exemptions/Allowances:  
    Federal: 6  
    OR: 6

Social Security Number: XXX-XX-8686

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7916.67 | | 7,916.67 | |
| **Gross Pay** | | | **$7,916.67** | 86,333.31 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -759.87 | 8,296.58 |
| | Social Security Tax | -485.42 | 5,293.18 |
| | Medicare Tax | -113.53 | 1,237.92 |
| | OR State Income Tax | -389.24 | 4,227.34 |
| | **Other** | | |
| | Cafe Med | -87.22* | 959.42 |
| | Checking1 | -4,735.56 | |
| | 401K$ | -1,345.83* | 14,657.01 |
| | **Net Pay** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Eligible Wages | 7,916.67 | 86,333.31 |
| 401K Er Match | 237.50 | 2,590.00 |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are $6,483.62

© 2000 ADP, Inc

CURRIE & BROWN, INC  
731 ALEXANDER ROAD 1ST FLR  
PRINCETON, NJ 08540

**Advice number:** 00000480042  
Pay date: 11/27/2009



**Deposited to the account of**  
**FOSTER RIZOPOLOUS**

| account number | transit ABA | amount |
|---|---|---|
| xxxxx8034 | xxxx xxxx | $4,735.56 |

**NON-NEGOTIABLE**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 030 |
| 1DK | 000259 | 022 |  | 0000510036 | 1 |

# Earnings Statement

ADP

*CURRIE & BROWN, INC*
*731 ALEXANDER ROAD 1ST FLR*
*PRINCETON, NJ 08540*

Period Beginning: 11/28/2009
Period Ending: 12/25/2009
Pay Date: 12/23/2009

00000000036
**FOSTER RIZOPOLOUS**
**20333 NW ANZALONE DR**
**APT. #154**
**HILLSBORO, OR 97006**

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 6
    OR: 6

Social Security Number: XXX-XX-8686

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7916.67 |  | 7,916.67 |  |
| **Gross Pay** |  |  | **$7,916.67** | 94,249.98 |

| **Deductions** | **Statutory** |  |  |
|---|---|---|---|
|  | Federal Income Tax | -632.39 | 8,928.97 |
|  | Social Security Tax | -484.64 | 5,777.82 |
|  | Medicare Tax | -113.34 | 1,351.26 |
|  | OR State Income Tax | -343.35 | 4,570.69 |
|  | **Other** |  |  |
|  | Cafe Med | -99.95* | 1,059.37 |
|  | Checking1 | -4,400.01 |  |
|  | 401K$ | -1,842.99* | 16,500.00 |
|  | **Net Pay** | **$0.00** |  |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Eligible Wages | 7,916.67 | 94,249.98 |
| 401K Er Match | 237.50 | 2,827.50 |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$5,973.73

© 2000 ADP, Inc

CURRIE & BROWN, INC
731 ALEXANDER ROAD 1ST FLR
PRINCETON, NJ 08540

**Advice number:** 00000510036
Pay date: 12/23/2009

**Deposited to the account of**
**FOSTER RIZOPOLOUS**

| account number | transit ABA | amount |
|---|---|---|
| xxxxx8034 | xxxx xxxx | $4,400.01 |

*This is not a check*

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 030 |
|-----|------|-------|-------|-----------|-----|
| **1DK** | 000259 | 022 | | 0000440041 | 1 |

# Earnings Statement



CURRIE & BROWN, INC  
731 ALEXANDER ROAD 1ST FLR  
PRINCETON, NJ 08540

Period Beginning: 09/26/2009  
Period Ending: 10/30/2009  
Pay Date: 10/30/2009

Taxable Marital Status: Single  
Exemptions/Allowances:  
    Federal: 6  
    OR: 6

00000000041  
**FOSTER RIZOPOLOUS**  
**20333 NW ANZALONE DR**  
**APT. #154**  
**HILLSBORO, OR 97006**

Social Security Number: XXX-XX-8686

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7916.67 | | 7,916.67 | |
| **Gross Pay** | | | **$7,916.67** | 78,416.64 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -759.87 | 7,536.71 |
| | Social Security Tax | -485.43 | 4,807.76 |
| | Medicare Tax | -113.52 | 1,124.39 |
| | OR State Income Tax | -389.24 | 3,838.10 |
| | **Other** | | |
| | Cafe Med | -87.22* | 872.20 |
| | Checking1 | -4,735.56 | |
| | 401K$ | -1,345.83* | 13,311.18 |
| | **Net Pay** | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Eligible Wages | 7,916.67 | 78,416.64 |
| 401K Er Match | 237.50 | 2,352.50 |

**Important Notes**  
YOUR SALARY RATE HAS BEEN CHANGED FROM 7,833.33 TO 7,916.67.

\* **Excluded from federal taxable wages**

Your federal taxable wages this period are $6,483.62

© 2000 ADP, Inc



CURRIE & BROWN , INC  
731 ALEXANDER ROAD 1ST FLR  
PRINCETON , NJ 08540

**Advice number:** 00000440041  
Pay date: 10/30/2009

**Deposited to the account of**  
**FOSTER RIZOPOLOUS**

| account number | transit ABA | amount |
|---|---|---|
| xxxxx8034 | xxxx xxxx | $4,735.56 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 030 |
|-----|------|-------|-------|-----------|-----|
| 1DK | 000259 | 022 |  | 0000480042 | 1 |

# Earnings Statement

ADP®

CURRIE & BROWN, INC  
731 ALEXANDER ROAD 1ST FLR  
PRINCETON, NJ 08540

Period Beginning: 10/31/2009  
Period Ending: 11/27/2009  
Pay Date: 11/27/2009

00000000042  
**FOSTER RIZOPOLOUS**  
**20333 NW ANZALONE DR**  
**APT. #154**  
**HILLSBORO, OR 97006**

Taxable Marital Status: Single  
Exemptions/Allowances:  
    Federal: 6  
    OR: 6

Social Security Number: XXX-XX-8686

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7916.67 |  | 7,916.67 |  |
| **Gross Pay** |  |  | **$7,916.67** | 86,333.31 |

| **Other Benefits and Information** |  | this period | total to date |
|---|---|---|---|
| Eligible Wages |  | 7,916.67 | 86,333.31 |
| 401K Er Match |  | 237.50 | 2,590.00 |

| **Deductions** | **Statutory** |  |  |
|---|---|---|---|
|  | Federal Income Tax | -759.87 | 8,296.58 |
|  | Social Security Tax | -485.42 | 5,293.18 |
|  | Medicare Tax | -113.53 | 1,237.92 |
|  | OR State Income Tax | -389.24 | 4,227.34 |
|  | **Other** |  |  |
|  | Cafe Med | -87.22* | 959.42 |
|  | Checking1 | -4,735.56 |  |
|  | 401K$ | -1,345.83* | 14,657.01 |
|  | **Net Pay** | **$0.00** |  |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are $6,483.62

© 2000 ADP, Inc



CURRIE & BROWN, INC  
731 ALEXANDER ROAD 1ST FLR  
PRINCETON, NJ 08540

**Advice number:** 00000480042  
Pay date: 11/27/2009

| **Deposited to the account of** | account number | transit ABA | amount |
|---|---|---|---|
| **FOSTER RIZOPOLOUS** | xxxxx8034 | xxxx xxxx | $4,735.56 |

**NON-NEGOTIABLE**