```
Nasser U. Abujbarah (026182)
The Law Offices of Nasser U. Abujbarah
7025 E. McDowell Rd, Ste 9
Scottsdale, Arizona 85257
Office: (480) 776-6846
Fax: (480) 776-6847
Email: nualegal@yahoo.com
```

*Attorney for Debtor*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In re: | Case No. 2:10-bk-01989-GBN |
|---|---|
| Foster J. Rizopoulos, | **RULE 2014 VERIFIED STATEMENT** |
| Debtor. | |

      Nasser U. Abujbarah, on behalf of himself and The Law Offices of Nasser Abujbarah, being of lawful age, pursuant to Rules 2014 of the Federal Rules of Bankruptcy Procedure states and declares under penalty of perjury as follows:

      1.    I am an attorney admitted to practice law in the State of Arizona before the United States Bankruptcy Court in and for the District of Arizona, and an attorney with The Law Offices of Nasser Abujbarah, at the address shown above.

      2.    I am a disinterested person, as that term is defined in the bankruptcy code, and do not hold or represent an interest adverse to the estate with respect to the matter on which I am to be employed, except that I have provided services to the Debtor, Foster J. Rizopoulos, in contemplation of the bankruptcy filing, such as consulting with the Debtor and preparing the case for filing, for which I have been compensated.

3. The Law Offices of Nasser Abujbarah has entered into a written fee agreement with the Debtor regarding the services to be performed for the Debtor in connection with this case and the compensation to be paid for such services.

4. I have not shared or agreed to share any portion of the compensation paid or to be paid in connection with this case with any other persons.

5. To the best of my knowledge, my firm has the following connections with the Debtor's creditors, other parties in interest, their respective attorneys and accountants, the United States Trustee, and persons employed in the office of the United States Trustee.

**The Creditors of the Debtor**

To the best of my knowledge, I have not represented or had other contact with any of the Debtors' creditors.

**Other Parties in Interest**

I have no connections with any other parties in interest in this matter.

**Attorneys and Accountants**

I have no connections with the attorneys or accountants of any party in interest.

**United States Trustee**

I have no connection with the United States Trustee or any person employed in the office of the United States Trustee.

I understand that there is a continuing duty to disclose any adverse interest that may arise or be discovered during the course of this case.

DATED this 29th day of January 2010

**The Law Offices of Nasser Abujbarah**

By___/s/Nasser U Abujbarah_____

Nasser U. Abujbarah
The Law Offices of Nasser U. Abujbarah
7025 E. McDowell Rd, Ste 9, Scottsdale, AZ 85257

Copy of the foregoing
Mailed this 29th day of
January 2010 to:

Office of the U.S. Trustee
230 N. First Ave, #204
Phoenix, Arizona 85003


___/s/Andrea Baumgartner_____
Andrea Baumgartner