# IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re: )

**Foster J. Rizopoulos**

Debtor(s)

**CASE NO. 2:10-bk-01989-GBN**

**INDIVIDUAL DEBTOR NOT ENGAGED IN BUSINESS MONTHLY REPORT**

**MONTH OF:** **July-10**

**DATE PETITION FILED:** **1/26/2010**

TAX PAYER ID NO. : **8686**
(Debtor's Social Securtiy #) last 4 digits only

**N/A**
(Co-Debtor's Social Securtiy #)

Nature of Debtor's Business: ______________________

Nature of Co-Debtor's Business: ______________________

DATE DISCLOSURE STATEMENT FILED: __________ TO BE FILED: __________

DATE PLAN OF REORGANIZATION FILED: __________ TO BE FILED: __________

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY REPORT AND THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE**

**RESPONSIBLE PARTY:**

ORIGINAL SIGNATURE OF DEBTOR

SIGNATURE OF CO-DEBTOR

**Foster J. Rizopoulos**
PRINTED NAME OF DEBTOR

**8/1/2010**
PRINTED NAME OF CO-DEBTOR

DATE

DATE

**PREPARER:**

ORIGINAL SIGNATURE OF PREPARER

TITLE

**Foster J. Rizopoulos**
PRINTED NAME OF PREPARER

**8/1/2010**
DATE

**PERSON TO CONTACT REGARDING THIS REPORT:** **Foster J. Rizopoulos**

PHONE NUMBER:

ADDRESS: **20333 NW Anzalone Dr. #154 / Hillsboro, OR 97006**

**FILE REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE**

CASE NO. 2:10-bk-01989-GBN

# CASH SUMMARY

| | Post-Petition Debtor-in-Possession Accounts (Chase accounts) | | | | TOTAL |
|---|---|---|---|---|---|
| | Cash | Checking | Savings | Checking | |
| | | 5897 | 4183 | | |
| Balance at Beginning of Period | | $4,877.44 | $5,574.65 | | |
| **RECEIPTS** | | | | | |
| Wages - Debtor | | | | | |
| Wages - Co-Debtor | | | | | |
| Loans and Advances | | | | | |
| Sale of Assets | | | | | |
| Gifts (money) | | | | | |
| **Rents** | | $3,383.09 | | | $3,383.09 |
| Payroll atm Deposit / Deposit | | $5,764.78 | $7,017.93 | | $12,782.71 |
| Transfers from Other DIP Accounts | | $850.00 | $2,700.00 | | $3,550.00 |
| Other (attach list) | | | | | |
| Interest Payment | | | $0.57 | | $0.57 |
| **TOTAL RECEIPTS** | | $14,875.31 | $15,293.15 | | $30,168.46 |
| **TOTAL DISBURSEMENTS** | | $9,081.08 | $895.00 | | $9,976.08 |
| **Balance at End of Month** | | $5,794.23 | $14,398.15 | | $20,192.38 |

$7017.93 (7069.02) - was a very old loan repayment from my brother, Sandy Rizopoulos, also shown by the last month and remove after MOR was completed and re-deposited on 7/2/2010 by CHASE.

| CREDIT CARD ACTIVITY | Dollar Amount of Current Purchase | Interest Charges | Payments Made | Ending Balance |
|---|---|---|---|---|
| Name CITI Master Card (Replacement card) Acct # 5424-1807-9149-3452 | 4,389.01 | 29% | 1500.00 | 2,889.01 |
| Name Acct # | | | | |

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements (from above) | 9,976.08 |
| Plus: Payroll deductions (from page 4) | |
| Plus: Estate disbursements made by outside sources (payments from escrow; 2-party check; etc.) | |
| Less: Transfers between debtor-in-possession bank accounts | 3,550.00 |
| **Total Disbursements for Calculating Quarterly Fees** | 6,426.08 |

CASE NO. 2:10-bk-01989-GBN

# DISBURSEMENT DETAIL

(INDIVIDUAL ACCOUNTS)

**Month:** July-10

**Account #** 5897

**Bank Name** Chase

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| 29-Jul-10 | CARLJR1100589 11005QPS H 07/27CARLJR110 | lunch | $2.49 |
| 28-Jul-10 | KFC # 080073 Q30 H 07/26KFC # 080 | lunch | $12.68 |
| 26-Jul-10 | 7-ELEVEN HILLSBORO OR 07/267-ELEVEN Purchase $1.44 Cash Back $5.00 | coffee and cash | $6.44 |
| 26-Jul-10 | ATM WITHDRAWAL 000278 07/267320 NE B | cash | $20.00 |
| 26-Jul-10 | COSTCO WHSE #06 HILLSBOR 07/24COSTCO WH | Groceries | $40.88 |
| 26-Jul-10 | COSTCO GAS #069 HILLSBOR 07/24COSTCO GA | Gas | $18.94 |
| 26-Jul-10 | #00591 ALBERTSO HILLSBOR 07/24#00591 AL | Groceries | $21.04 |
| 26-Jul-10 | ROCK CREEK CLEANERS HILL 07/24ROCK Creek | Laundry | $12.59 |
| 23-Jul-10 | SHELL Service S HILLSBOR 07/23SHELL Ser | coffee | $2.08 |
| 22-Jul-10 | TRADER JOE'S #149 QPS H 07/20TRADER JO | Groceries | $28.34 |
| 22-Jul-10 | GREAT CLIPS #1827 HILLSB 07/20GREAT CLI | Hair cut | $29.75 |
| 21-Jul-10 | TRADER JOE'S # HILLSBORO 07/21TRADER JO | Groceries | $7.28 |
| 21-Jul-10 | RONLER ACRES 358156QPS H 07/20RONLER AC | lunch | $3.25 |
| 20-Jul-10 | RONLER ACRES 358156QPS H 07/19RONLER AC | coffee | $0.85 |
| 19-Jul-10 | WINCO FOODS Hillsboro OR 07/18WINCO FOO | Groceries | $24.50 |
| 19-Jul-10 | #00591 ALBERTSO HILLSBOR 07/18#00591 AL | Groceries | $9.78 |
| 19-Jul-10 | $5.72 Cash Back $5.00 | Coffee and cash | $10.72 |
| 19-Jul-10 | TRADER JOE'S # HILLSBORO 07/17TRADER JO | Groceries | $41.09 |
| 19-Jul-10 | ROCK CREEK CLEANERS HILL 07/17ROCK CREE | laundry | $15.04 |
| 19-Jul-10 | COSTCO GAS #069 HILLSBOR 07/17COSTCO GA | Gas | $28.75 |
| 15-Jul-10 | SAFEWAY 1230 PORTLAND OR 07/15SAFEWAY 1 | Groceries | $15.87 |
| 15-Jul-10 | SHELL Service S HILLSBOR 07/15SHELL Ser | coffee | $0.95 |
| 15-Jul-10 | RONLER ACRES 358156QPS H 07/14RONLER AC | Lunch | $5.75 |
| 15-Jul-10 | RONLER ACRES 358156QPS H 07/13RONLER AC | lunch | $5.75 |
| 12-Jul-10 | TRADER JOE'S # HILLSBORO 07/11TRADER JO | Groceries | $18.54 |
| 12-Jul-10 | RITE AID CORP. HILLSBORO 07/11RITE AID | Vitamins | $9.98 |
| 12-Jul-10 | REGAL CINEMAS EVRGRQ65 H 07/10REGAL CIN | Entertainment | $10.00 |
| 12-Jul-10 | #00590 ALBERTSO HILLSBOR 07/10#00590 AL | Groceries | $10.97 |
| 12-Jul-10 | 2359 SE TUALATI HILLSBOR 07/102359 SE T | dinner | $11.99 |
| 12-Jul-10 | 2359 SE TUALATI HILLSBOR 07/102359 SE T | dinner | $11.98 |
| 7-Jul-10 | SPORTS AUTHORI00007393 H 07/05SPORTS AU | Racquetball equipment | $36.96 |
| 6-Jul-10 | COSTCO WHSE #06 HILLSBOR 07/05COSTCO WH | Groceries | $85.01 |
| 6-Jul-10 | COSTCO GAS #069 HILLSBOR 07/05COSTCO GA | Gas | $36.71 |
| 6-Jul-10 | TRADER JOE'S # HILLSBORO 07/04TRADER JO | Groceries | $27.78 |

| | | | |
|---|---|---|---|
| 6-Jul-10 | ATM WITHDRAWAL 005046 07/047320 NE B | Cash | $40.00 |
| 6-Jul-10 | GREAT CLIPS #1827 HILLSB 07/03GREAT CLI | Hair cut | $18.00 |
| 6-Jul-10 | UWAJIMAYA BEAVE BEAVERTO 07/03UWAJIMAYA Purchase $80.40 Cash Back $8.00 | Groceries | $88.40 |
| 6-Jul-10 | NOAHS NEW YORK BAGEQ46 H 07/03NOAHS NEW | Breakfast | $5.45 |
| 2-Jul-10 | ROCK CREEK CLEANERS HILL 07/01ROCK CREE | laundry | $26.04 |
| 2-Jul-10 | PETCO 254 63502546 B 07/01PETCO 25 | Pet supplies | $38.47 |
| 1-Jul-10 | KFC # 080073 Q30 H 06/29KFC # 080 | lunch | $4.18 |
| 1-Jul-10 | SUBWAY 00270QPS H 06/29SUBWAY | breakfast | $7.00 |
| | | Total Cash/Electronic Disbursements | **$852.27** |

## CHECKS ISSUED

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| 1017 | 9-Jul | Abigail R - two cleanings | Apt Cleaning | $50.00 |
| 1018 | 7-Jul | Trader Joes | Groceries | $11.49 |
| 1019 | 30-Jun | Abigail R - two cleanings | Apt Cleaning | $50.00 |
| 1022 | 28-Jul | Cleaning solutions | Furniture cleaning | $125.00 |
| 999998 | 6-Jul | Ian Barrietta | Pet Sitters | $35.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total checks listed on this page** | | | | $271.49 |
| **Total checks listed on continuation pages** | | | | $7,957.32 |

| | |
|---|---|
| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | **$9,081.08** |

| **Salary / Payroll** | Pay Date | Gross Pay less Net Pay | = | Payroll Deductions |
|---|---|---|---|---|
| Debtor | | | | |
| Co-Debtor | | | | |
| | | **Total Payroll Deductions - report on page 2** | | |

CASE NO. 2:10-bk-01989-GBN

# CONTINUATION SHEET
(INDIVIDUAL ACCOUNTS)

Month: July-10
Account # 5897

Bank Name Chase

| | Cash/Electronic Disbursements | | | |
|---|---|---|---|---|
| Check Number/ online payment | Date | Payee | Purpose | Amount |
| 859148813 | 6-Jul | To Premier Community Management | Monthly HOA Fee's | $72.00 |
| 859150146 | 6-Jul | C. Rizopoulos | Medications | $200.00 |
| 859152093 | 3-Jun | To Citi Cards | Payment | $1,500.00 |
| 866915006 | 6-Jul | To US Bank Home Mortgage | 751 W Citrus way May payment | $1,463.32 |
| 11623723 | 16-Jul | Scottrade Moneydirct Web ID: 1330843318 | Family business / retirement (Sandy Rizopoulos) stock purchase (PNWRF) | $1,300.00 |
| 869094144 | 19-Jul | To US Trustee | Q2 payment | $650.00 |
| 869673030 | 19-Jul | To Comcast Cable Communications | cable TV and internet | $72.00 |
| 408479800 | 6-Jul | Savings 4183 | transfer to Savings | $1,700.00 |
| 418211152 | 15-Jul | Savings 4183 | transfer to Savings | $1,000.00 |
| NA | | | | |
| NA | | | | |

| TOTAL DISBURSEMENTS - THIS PAGE | $7,957.32 |
|---|---|

**CASE NO. 2:10-bk-01989-GBN**

# CASE STATUS

## QUESTIONNAIRE

| | YES | NO |
|---|---|---|
| 1. Have any assets been sold or transferred during this reporting period? | | X |
| 2. Have you made any payments to an attorney or accountant this month? | | X |
| 3. Have any payments been made on prepetition liabilities during this reporting period? | | X |
| 4. Have any post-petition loans been received by the debtor's) from any party? | | X |
| 5. Have any insurance policies or coverage's expired? | | X |
| 6. Are any post-petition real estate taxes past due? | | X |
| 7. Have any pre-petition taxes been paid during this reporting period? | | X |
| 8. Do you expect any significant income changes within the next 90 days? | X | |
| 9. Are any U. S. Trustee quarterly fees delinquent? | | X |

**Provide a detailed explanation of any "YES" answers to the above questions: (attach additional sheets if needed);**

**- Attorney Fee's of $00.00 have been paid this month.**

**- Salary increase from my present employer will show up on my July Payroll, 95K to 97K yearly (7916.67. to 8083.33 monthly)**

**- Bonus distribution of $ 4000.00 to be delivered at 2000.00 dollars increments one distribution in June 25th and the balance on July 30th 2010.**

**What progress has been made, during the reporting period, towards reorganizing your estate ?**

**- Reorganization plane has been filed on 06/28.2010.**

AZ state revenue / Taxes Liabilities are expected to be cleared within the next month to show no back taxes are OWED!

CASE NO. 2:10-bk-01989-GBN

# DISBURSEMENT DETAIL
(INDIVIDUAL ACCOUNTS)

**Month:** July-10
**Account #** 4183

**Bank Name** Chase

| | Cash/Electronic Disbursements | | | |
|---|---|---|---|---|
| Check Number/ online payment | Date | Payee | Purpose | Amount |
| **421455129** | 19-Jul | Chk Account #xxxxxxxx 5897 | Transfer | $600.00 |
| **433172646** | 26-Jul | Chk Account #xxxxxxxx 5898 | Transfer | $250.00 |
| | 2-Jul | International Collection Fee Coi B1636661 I35 | Chase bank fee | $45.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | Total Cash/Electronic Disbursements | $895.00 |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | | | | 0 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total checks listed on this page** | | | | |
| **Total checks listed on continuation pages** | | | | |

| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | |
|---|---|

| **Salary / Payroll** | Pay Date | Gross Pay less | Net Pay = | Payroll Deductions |
|---|---|---|---|---|
| Debtor | | | | |
| | | | | |
| | | | | |
| Co-Debtor | | | | |
| | | | | |
| | | | | |
| | | | **Total Payroll Deductions - report on page 2** | |

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 030 |
|---|---|---|---|---|---|
| 1DK | 000259 | 022 | | 0000300047 | 2 |

# Earnings Statement




CURRIE & BROWN, INC
731 ALEXANDER ROAD 1ST FLR
PRINCETON, NJ 08540

Period Beginning: 06/26/2010
Period Ending: 07/30/2010
Pay Date: 07/30/2010

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 6
OR: 6

00000000047
**FOSTER RIZOPOLOUS**
**20333 NW ANZALONE DR**
**APT. #154**
**HILLSBORO, OR 97006**

Social Security Number: XXX-XX-8686

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 8083.33 | | 2,000.00 | |
| Bonus | | | | 2,000.00 |
| **Gross Pay** | | | **$2,000.00** | 59,583.35 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Eligible Wages | 2,000.00 | 59,583.35 |
| 401K Er Match | 60.00 | 1,787.50 |

| Deductions | | this period | year to date |
|---|---|---|---|
| | **Statutory** | | |
| | Federal Income Tax | -413.16 | 6,180.19 |
| | Social Security Tax | -124.00 | 3,650.79 |
| | Medicare Tax | -29.00 | 853.81 |
| | OR State Income Tax | -148.74 | 3,006.48 |
| | **Other** | | |
| | Checking1 | -937.73 | |
| | 401K$ | -347.37* | 10,348.69 |
| | Cafe Med | | 699.65 |
| | **Net Pay** | **$0.00** | |

* **Excluded from federal taxable wages**

Your federal taxable wages this period are $1,652.63

© 2000 ADP, Inc

CURRIE & BROWN, INC
731 ALEXANDER ROAD 1ST FLR
PRINCETON, NJ 08540

**Advice number:** **00000300047**
Pay date: 07/30/2010

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| FOSTER RIZOPOLOUS | xxxxx5897 | xxxx xxxx | $937.73 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 030 |
|---|---|---|---|---|---|
| 1DK | 000259 | 022 | | 0000300046 | 1 |

# Earnings Statement

ADP

CURRIE & BROWN, INC
731 ALEXANDER ROAD 1ST FLR
PRINCETON, NJ 08540

Period Beginning: 06/26/2010
Period Ending: 07/30/2010
Pay Date: 07/30/2010

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 6
OR: 6

00000000046
**FOSTER RIZOPOLOUS**
**20333 NW ANZALONE DR**
**APT. #154**
**HILLSBORO, OR 97006**

Social Security Number: XXX-XX-8686

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 8083.33 | | 8,083.33 | |
| Bonus | | | | 2,000.00 |
| **Gross Pay** | | | **$8,083.33** | 57,583.35 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| | Federal Income Tax | -794.35 | 5,767.03 |
| | Social Security Tax | -494.97 | 3,526.79 |
| | Medicare Tax | -115.76 | 824.81 |
| | OR State Income Tax | -397.30 | 2,857.74 |
| **Other** | | | |
| | Cafe Med | -99.95* | 699.65 |
| | Checking1 | -4,777.05 | |
| | 401K$ | -1,403.95* | 10,001.32 |
| | **Net Pay** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $6,579.43

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Eligible Wages | 8,083.33 | 57,583.35 |
| 401K Er Match | 242.50 | 1,727.50 |

**Important Notes**

YOUR SALARY RATE HAS BEEN CHANGED FROM 7,916.67 TO 8,083.33.

© 2000 ADP, Inc

CURRIE & BROWN, INC
731 ALEXANDER ROAD 1ST FLR
PRINCETON, NJ 08540

**Advice number:** **00000300046**
Pay date: 07/30/2010




| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| FOSTER RIZOPOLOUS | xxxxx5897 | xxxx xxxx | $4,777.05 |

**NON-NEGOTIABLE**



JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826 - 0180

July 01, 2010 through July 30, 2010
Primary Account: **000000863275897**

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



00095013 DRE 702 144 21210 - NYNNN T 1 000000000 61 0000
FOSTER J RIZOPOULOS
DEBTOR IN POSSESSION
CASE #2:10-BK-01989-GBN
20333 NW ANZALONE DR APT 154
HILLSBORO OR 97006-8866

00950130401400000024

# CONSOLIDATED BALANCE SUMMARY

## ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase BusinessClassic | 000000863275897 | $4,877.44 | $5,794.23 |
| Chase Business Savings | 000002936144183 | 5,574.65 | 14,398.15 |
| **Total** | | **$10,452.09** | **$20,192.38** |
| **TOTAL ASSETS** | | **$10,452.09** | **$20,192.38** |

**All Summary Balances** shown are as of July 30, 2010 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.



July 01, 2010 through July 30, 2010
Primary Account: **000000863275897**

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

**1. Write in the Ending Balance shown on this statement:** **Step 1 Balance: $_______________**

**2. List and total all deposits & additions not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

**Step 2 Total: $_______________**

**3. Add Step 2 Total to Step 1 Balance.** **Step 3 Total: $_______________**

**4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Step 4 Total: -$_______________**

**5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:** **$_______________**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.




**JPMorgan Chase Bank, N.A. Member FDIC**





July 01, 2010 through July 30, 2010
Primary Account: **000000863275897**



## CHASE BUSINESSCLASSIC

FOSTER J RIZOPOULOS
DEBTOR IN POSSESSION

Account Number: 000000863275897

## CHECKING SUMMARY

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$4,877.44** |
| Deposits and Additions | 6 | 9,997.87 |
| Checks Paid | 5 | - 271.49 |
| ATM & Debit Card Withdrawals | 42 | - 852.27 |
| Electronic Withdrawals | 9 | - 7,957.32 |
| **Ending Balance** | **62** | **$5,794.23** |

Your monthly service fee was waived because you had at least 5 debit card purchases during the statement period.

This message confirms that you have overdraft protection on your checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/14 | Mosaic Realty Ll ACH Pmt PPD ID: 9200502235 | $3,383.09 |
| 07/15 | Currie And Brown Expenserpt PPD ID: 3133450905 | 50.00 |
| 07/19 | Online Transfer From Sav Xxxxxx4183 Transaction#: 421455129 | 600.00 |
| 07/26 | Online Transfer From Sav Xxxxxx4183 Transaction#: 433172646 | 250.00 |
| 07/30 | Currie & Brown I Direct Dep PPD ID: 9111111103 | 4,777.05 |
| 07/30 | Currie & Brown I Direct Dep PPD ID: 9111111103 | 937.73 |
| **Total Deposits and Additions** | | **$9,997.87** |





## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1017 ^ | | 07/09 | $50.00 |
| 1018 ^ | | 07/07 | 11.49 |
| 1019 ^ | | 07/16 | 50.00 |
| 1022 * ^ | | 07/28 | 125.00 |
| 999998 * ^ | | 07/06 | 35.00 |
| **Total Checks Paid** | | | **$271.49** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/01 | Card Purchase 06/29 Subway 00270Qps Hillsboro OR Card 2538 | $7.00 |
| 07/01 | Card Purchase 06/29 Kfc # 080073 Q30 Hillsboro OR Card 2538 | 4.18 |
| 07/02 | Card Purchase 07/01 Petco 254 63502546 Beaverton OR Card 2538 | 38.47 |
| 07/02 | Card Purchase 07/01 Rock Creek Cleaners Hillsboro OR Card 2538 | 26.04 |
| 07/06 | Card Purchase 07/03 Noahs New York Bageq46 Hillsboro OR Card 2538 | 5.45 |
| 07/06 | Card Purchase W/Cash 07/03 Uwajimaya Beave Beaverton OR Card 2538 Purchase $80.40 Cash Back $8.00 | 88.40 |
| 07/06 | Card Purchase 07/03 Great Clips #1827 Hillsboro OR Card 2538 | 18.00 |
| 07/06 | ATM Withdrawal 07/04 7320 NE Butler St Hillsboro OR Card 2538 | 40.00 |
| 07/06 | Card Purchase With Pin 07/04 Trader Joe's # Hillsboro OR Card 2538 | 27.78 |
| 07/06 | Card Purchase With Pin 07/05 Costco Gas #069 Hillsboro OR Card 2538 | 36.71 |
| 07/06 | Card Purchase With Pin 07/05 Costco Whse #06 Hillsboro OR Card 2538 | 85.01 |
| 07/07 | Card Purchase 07/05 Sports Authori00007393 Hillsboro OR Card 2538 | 36.96 |
| 07/12 | Card Purchase With Pin 07/10 2359 Se Tualati Hillsboro OR Card 2538 | 11.98 |
| 07/12 | Card Purchase With Pin 07/10 2359 Se Tualati Hillsboro OR Card 2538 | 11.99 |
| 07/12 | Card Purchase With Pin 07/10 #00590 Albertso Hillsboro OR Card 2538 | 10.97 |
| 07/12 | Card Purchase 07/10 Regal Cinemas Evrgrq65 Hillsboro OR Card 2538 | 10.00 |
| 07/12 | Card Purchase With Pin 07/11 Rite Aid Corp. Hillsboro OR Card 2538 | 9.98 |
| 07/12 | Card Purchase With Pin 07/11 Trader Joe's # Hillsboro OR Card 2538 | 18.54 |
| 07/15 | Card Purchase 07/13 Ronler Acres 358156Qps Hillsboro OR Card 2538 | 5.75 |
| 07/15 | Card Purchase 07/14 Ronler Acres 358156Qps Hillsboro OR Card 2538 | 5.75 |
| 07/15 | Card Purchase With Pin 07/15 Shell Service S Hillsboro OR Card 2538 | 0.95 |
| 07/15 | Card Purchase With Pin 07/15 Safeway 1230 Portland OR Card 2538 | 15.87 |
| 07/19 | Card Purchase With Pin 07/17 Costco Gas #069 Hillsboro OR Card 2538 | 28.75 |
| 07/19 | Card Purchase 07/17 Rock Creek Cleaners Hillsboro OR Card 2538 | 15.04 |
| 07/19 | Card Purchase With Pin 07/17 Trader Joe's # Hillsboro OR Card 2538 | 41.09 |
| 07/19 | Card Purchase W/Cash 07/18 7-Eleven Hillsboro OR Card 2538 Purchase $5.72 Cash Back $5.00 | 10.72 |
| 07/19 | Card Purchase With Pin 07/18 #00591 Albertso Hillsboro OR Card 2538 | 9.78 |
| 07/19 | Card Purchase With Pin 07/18 Winco Foods Hillsboro OR Card 2538 | 24.50 |
| 07/20 | Card Purchase 07/19 Ronler Acres 358156Qps Hillsboro OR Card 2538 | 0.85 |
| 07/21 | Card Purchase 07/20 Ronler Acres 358156Qps Hillsboro OR Card 2538 | 3.25 |




## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/21 | Card Purchase With Pin 07/21 Trader Joe's # Hillsboro OR Card 2538 | 7.28 |
| 07/22 | Card Purchase 07/20 Great Clips #1827 Hillsboro OR Card 2538 | 29.75 |
| 07/22 | Card Purchase 07/20 Trader Joe's #149 Qps Hillsboro OR Card 2538 | 28.34 |
| 07/23 | Card Purchase With Pin 07/23 Shell Service S Hillsboro OR Card 2538 | 2.08 |
| 07/26 | Card Purchase 07/24 Rock Creek Cleaners Hillsboro OR Card 2538 | 12.59 |
| 07/26 | Card Purchase With Pin 07/24 #00591 Albertso Hillsboro OR Card 2538 | 21.04 |
| 07/26 | Card Purchase With Pin 07/24 Costco Gas #069 Hillsboro OR Card 2538 | 18.94 |
| 07/26 | Card Purchase With Pin 07/24 Costco Whse #06 Hillsboro OR Card 2538 | 40.88 |
| 07/26 | ATM Withdrawal 07/26 7320 NE Butler St Hillsboro OR Card 2538 | 20.00 |
| 07/26 | Card Purchase W/Cash 07/26 7-Eleven Hillsboro OR Card 2538 Purchase $1.44 Cash Back $5.00 | 6.44 |
| 07/28 | Card Purchase 07/26 Kfc # 080073 Q30 Hillsboro OR Card 2538 | 12.68 |
| 07/29 | Card Purchase 07/27 Carljr1100589 11005Qps Hillsboro OR Card 2538 | 2.49 |
| **Total ATM & Debit Card Withdrawals** | | **$852.27** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/06 | 07/03 Online Payment 859148813 To Premier Community Management | $72.00 |
| 07/06 | 07/03 Online Payment 859150146 To C Rizopoulos | 200.00 |
| 07/06 | 07/03 Online Payment 859152093 To Citi Cards | 1,500.00 |
| 07/06 | 07/03 Online Transfer To Sav Xxxxxx4183 Transaction#: 408479800 | 1,700.00 |
| 07/15 | 07/15 Online Payment 866915006 To US Bank Home Mortgage | 1,463.32 |
| 07/15 | 07/15 Online Transfer To Sav Xxxxxx4183 Transaction#: 418211152 | 1,000.00 |
| 07/16 | Scottrade Moneydirct 11623723 Web ID: 1330843318 | 1,300.00 |
| 07/19 | 07/17 Online Payment 869094144 To US Trustee | 650.00 |
| 07/19 | 07/18 Online Payment 869673030 To Comcast Cable Communications | 72.00 |
| **Total Electronic Withdrawals** | | **$7,957.32** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 07/01 | $4,866.26 | 07/19 | 161.06 |
| 07/02 | 4,801.75 | 07/20 | 160.21 |
| 07/06 | 993.40 | 07/21 | 149.68 |
| 07/07 | 944.95 | 07/22 | 91.59 |
| 07/09 | 894.95 | 07/23 | 89.51 |
| 07/12 | 821.49 | 07/26 | 219.62 |
| 07/14 | 4,204.58 | 07/28 | 81.94 |
| 07/15 | 1,762.94 | 07/29 | 79.45 |
| 07/16 | 412.94 | 07/30 | 5,794.23 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 48 |
| Deposits / Credits | 4 |
| Deposited Items | 0 |
| **Transaction Total** | **52** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |

## CHASE BUSINESS SAVINGS

FOSTER J RIZOPOULOS
DEBTOR IN POSSESSION

Account Number: 000002936144183

## SAVINGS SUMMARY

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$5,574.65** |
| Deposits and Additions | 4 | 9,718.50 |
| Electronic Withdrawals | 2 | - 850.00 |
| Fees and Other Withdrawals | 1 | - 45.00 |
| **Ending Balance** | **7** | **$14,398.15** |

| | |
|---|---|
| Annual Percentage Yield Earned This Period | 0.05% |
| Interest Earned This Period | $0.57 |
| Interest Paid Year-to-Date | $3.10 |

Your monthly service fee was waived because you maintained an average savings balance of $500 or more during the statement period.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$5,574.65** |
| 07/02 | Intl Coll Coib001636661 I0356 Yrtran 06/07/10Famt 7600.00/Cad Fees 12.02 | **7,017.93** | 12,592.58 |
| 07/02 | International Collection Fee Coi B1636661 I356 Reftran 06/07/10 | - 45.00 | 12,547.58 |
| 07/06 | Online Transfer From Chk Xxxxx5897 Transaction#: 408479800 | **1,700.00** | 14,247.58 |
| 07/15 | Online Transfer From Chk Xxxxx5897 Transaction#: 418211152 | **1,000.00** | 15,247.58 |





## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 07/19 | 07/17 Online Transfer To Chk Xxxxx5897 Transaction#: 421455129 | - 600.00 | 14,647.58 |
| 07/26 | 07/26 Online Transfer To Chk Xxxxx5897 Transaction#: 433172646 | - 250.00 | 14,397.58 |
| 07/30 | Interest Payment | **0.57** | 14,398.15 |
| | **Ending Balance** | | **$14,398.15** |



10 deposited items are provided with your account each month. There is a $0.20 fee for each additional deposited item.

## Wire Transfer Service[1] offered through Chase Online℠ for Business - Try it today and get $25!

***Pay bills and transfer funds around the world - anytime, right from your computer!***

This convenient, secure online service lets you transfer funds by wire from your Chase business checking account to any other valid bank account, almost anywhere in the world. Pay suppliers and move money 24/7, from your office or on the go - with no trip to the bank.

Visit chase.com/wire25 and send a wire transfer by September 30, 2010 and we'll give you $25.

**Important Information:** Offer valid 8/1/10 through 9/30/10. Offer limited to one Wire Transfer Service reward/premium per customer, per calendar year. Offer is not transferable and not available to customers who either have used or currently use Chase's Wire Transfer Service. Reward will be automatically deposited into your Chase business checking account within 4-6 weeks after sending your first wire transfer through Chase Online for Business. Reward is considered miscellaneous income and will be reported on IRS form 1099-MISC.

[1]You will need to sign up for this service in advance and fees may apply. Some restrictions may apply. International Wire Transfers can be sent in a recipient's local currency or U.S. dollars. Additional fees charged to Chase by funds transfer systems of intermediary, receiving and beneficiary banks will be charged to the customer's account for international wire transfers sent in U.S. dollars. Please see the updated Wire Transfer Service Agreement to review all the terms and conditions governing your wire transfers, located at the bottom of the My Accounts page in the Legal Agreements link.

© 2010 JPMorgan Chase Bank, N.A. Member FDIC

NNNN-NNNN-NNNN-NNNN
00001

# Citi® Dividend Platinum Select® Card

**Account Number:** 5424 1807 9149 3452
www.citicards.com

**Customer Service:** 1-800-950-5114
BOX 6000 THE LAKES, NV 89163-6000

| **Summary of Account Activity** | |
|---|---|
| Previous Balance | $4,129.09 |
| Payments | -$1,500.00 |
| Other Credits | -$0.00 |
| Purchases | +$180.65 |
| Cash Advances | +$0.00 |
| **Fees Charged** | **+$1.96** |
| **Interest Charged** | **+$77.31** |
| New Balance | $2,889.01 |
| Past Due Amount | $0.00 |
| Amt. Over Credit Limit | $0.00 |

| | |
|---|---|
| Credit Limit | $32,500 |
| Available Credit | $29,610 |
| Cash Advance Limit | $16,300 |
| Available Cash Limit | $16,300 |
| Statement Closing Date | 07/21/2010 |
| Days in Billing Cycle | 30 |

**Payment Information**

Payment must be received by 5:00 PM local time on the payment due date.

| | |
|---|---|
| New Balance | $2,889.01 |
| Minimum Payment Due | $105.31 |
| Payment Due Date | 08/17/2010 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay up to a $39 late fee and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 18 year(s) | $9,152 |
| $122 | 3 year(s) | $4,414 *(Savings= $4,738)* |

**If you would like information about credit counseling services, call 1-877-337-8187.**

| Sale Date | Post Date | Reference Number | Activity Since Last Statement | | | Amount |
|---|---|---|---|---|---|---|
| | | | **Payments, Credits & Adjustments** | | | |
| | 7/07 | R9909088 | ELECTRONIC PAYMENT-THANK YOU | | | -1,500.00 |
| | | | **Standard Purch** | | | |
| 6/21 | 6/22 | C3NVRVLB | JACK IN THE BOX #7150 | HILLSBORO | OR | 2.29 |
| 6/23 | 6/23 | 1508ZGLB | CHEVRON 0200841 | HILLSBORO | OR | 15.00 |
| 6/27 | 6/27 | D271194L | REI 89 HILLSBORO | HILLSBORO | OR | 20.00 |
| 7/08 | 7/08 | 3YGJD0S0 | PAYPAL *GHANAAIRTIM | 4029357733 | CAN | 21.00 |
| 7/17 | 7/17 | WFQCXD5C | USPS 40388895524002QPS | HILLSBORO | OR | 5.55 |
| 7/17 | 7/17 | K9100000 | INTERHELP247.COM | 8002972253 | KNA | 9.97 |
| 7/17 | 7/17 | B9100000 | INTERHELP247.COM | 8002972253 | KNA | 34.95 |
| 7/17 | 7/17 | 49222LJ0 | MAGICJACK 561-594-2140 | WEST PALM BEA | FL | 19.95 |
| 7/18 | 7/18 | *MLNQQ00 | EHARMONY.COM | 800-951-2023 | CA | 19.95 |
| 7/20 | 7/20 | 8PFZD6W2 | SPORTS AUTHORI00007393 | HILLSBORO | OR | 11.99 |
| 7/20 | 7/20 | WG7TTMB7 | TENNIS WAREHOUSE | 08008836647 | CA | 20.00 |
| | | | **Fees** | | | |
| | 7/21 | | FOREIGN TRANSACTION FEE | | | 1.96 |
| | | | **TOTAL FEES FOR THIS PERIOD** | | | **1.96** |
| | | | **Interest Charged** | | | |
| | 7/21 | | INTEREST BACK CREDIT EARNED | | | -8.58 |
| | 7/21 | | INTEREST CHARGED TO STANDARD PURCH | | | 85.89 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | | | **77.31** |

SEND PAYMENTS TO: CITI CARDS PO BOX 183051 COLUMBUS, OH 43218-3051 40735N
PLEASE FOLLOW PAYMENT INSTRUCTIONS ON REVERSE SIDE.

www.citicards.com

154241807914934522889011053100007

5424 1807 9149 3452

AUG 17 2010 $2889.01 $105.31

40735N MCS 00 V 1 BR1020490

FOSTER J RIZOPOULOS
20333 NW ANZALONE DR
APT 154
ALOHA OR 97006-8866

CITI CARDS
PO BOX 183051
COLUMBUS, OH 43218-3051

( ) New Home Phone

( ) New Business Phone

Print changes of address, phone number or email above.*

* If you provide an e-mail address, we may use it to contact you about your account. We may also use your e-mail address to send you information about products and services you might find useful.

NNNN-NNNN-NNNN-NNNN
00002

| Sale Date | Post Date | Reference Number | Activity Since Last Statement | Amount |
|---|---|---|---|---|

**2010 Totals Year-to-Date**

| | |
|---|---|
| Total Fees charged in 2010 | 41.15 |
| Total Interest charged in 2010 | 220.40 |

** Citi Cash Rebate Program **

Special Category Dollars
Gas, Groc, Drug, Conv Store,Cable,Util 0.30
Total Special Category Dollars Earned 0.30

****Dividend Dollars Summary****

| | |
|---|---|
| Previous Statement Dividend Dollars Total | 72.24 |
| Base Dividend Dollars Earned | 1.66 |
| Special Category Dividend Dollars Earned | 0.30 |
| Total Dividend Dollars Earned this period | 1.96 |
| Total Dividend Dollars Available | 74.20 |

Your Card provides the convenience of transacting worldwide wherever MasterCard is accepted. Each purchase you make outside the U.S. is subject to a transaction fee.

Citi(R) Private Pass(R). Your ticket to exciting entertainment. Citi(R) Private Pass(R) is your destination for preferred access to concerts, theatre, sporting events, dining experiences and more - all just for being a Citi customer. Visit www.citiprivatepass.com for more details.

**Interest Charge Calculation** — Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 29.990%(V) | $3,484.55(D) | $85.89 |
| ADVANCES | | | |
| Standard Adv | 29.990%(V) | $0.00(D) | $0.00 |

SEND PAYMENTS TO: CITI CARDS PO BOX 183051 COLUMBUS, OH 43218-3051 40735N
PLEASE FOLLOW PAYMENT INSTRUCTIONS ON REVERSE SIDE.

www.citicards.com

40735N MCS 00 V 1 BR1020490

NNNN-NNNN-NNNN-NNNN
00003

## Information About Your Account.

**How to Avoid Paying Interest on Purchases.** Your due date is at least 23 days after the close of each billing cycle. We will not charge you any interest on purchases if you pay your New Balance by the due date each month. This is called a grace period on purchases. If you do not pay the New Balance in full by the due date, you will not get a grace period on purchases until you pay the New Balance in full for two billing periods in a row. Certain balance transfer offers may take away the grace period on purchases. If that is the case, the balance transfer offer will describe what happens. We will begin charging interest on cash advances and balance transfers on the transaction date.

**How We Calculate Your Balance Subject to Interest Rate.** We calculate it separately for each balance shown in the Interest Charge Calculation table. We use the ***daily balance method (including current transactions)*** if the Balance Subject to Interest Rate is followed by (D). We figure the interest charge by multiplying the daily balance by its daily periodic rate each day in the billing period. To get a daily balance, we take the balance at the end of the previous day, add the interest on the previous day's balance and new charges, subtract new credits or payments, and make adjustments. The Balance Subject to Interest Rate is the average of the daily balances.
We use the ***average daily balance method (including current transactions)*** if the Balance Subject to Interest Rate is followed by (A). To get an average daily balance, we take the balance at the end of the previous day, add new charges, subtract new credits or payments, and make adjustments. We add all the daily balances and divide by the number of days in the billing period. We figure the interest charge by multiplying the average daily balance by the monthly periodic rate, or by the daily periodic rate and by the number of days in the billing period, as applicable.

**Balance Transfers.** Balance Transfer amounts are included in the "Purchases" line in the Summary of Account Activity.

**Variable APRs.** APRs followed by (V) may vary.

**Minimum Interest Charge.** If you are charged interest, the charge will be no less than 50 cents.

**Membership Fee.** To avoid paying this fee, notify us that you are closing your account within 30 days of the mailing or delivery date of the statement on which the fee is billed.

**Credit Reporting Disputes.** If you think we reported inaccurate information to a credit bureau, write us at the Customer Service address shown on the front.

**Report a Lost or Stolen Card Immediately.** Call the Customer Service number shown on the front.

**What To Do if You Think You Find a Mistake on Your Statement**

If you think there is an error on your statement, write to us at the Customer Service address shown on the front. If you use the form below, please call Customer Service for assistance.

In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (**Note:** Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us <u>in writing</u> at the Customer Service address shown on the front.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

## Notification of Disputed Item – Please call Customer Service before completing this form.

Please sign and return this form (or a copy) to the Customer Service address on this statement. If you use this form, record the information on the reverse for your records. Don't mail the form with your payment. You authorize us to send information you provide regarding this dispute to the merchant. Please print in blue or black ink.

CASE ID:

Name (Please Print) ______

Signature/Date ______

Account # ______

Reference # ______ Amount of Dispute $ ______

Merchant ______

I examined the charges on my account and dispute a charge for the following reason:

- ☐ **1.** Neither I nor anyone authorized by me made the charge listed above or received the goods and services represented by this charge. **(If you don't recognize a sale, choose this option and call Customer Service immediately).**
- ☐ **2.** I participated in a transaction with the merchant, but was billed for _____ transaction(s) totaling $________ that I didn't engage in, nor did anyone else authorized by me. I have all my cards in my possession. **Enclose copy of the Authorized sales slip.**
- ☐ **3.** I haven't received the merchandise. Expected delivery date was __/__/____. I contacted the merchant on __/__/____. The response was ________________. (You must contact the merchant.)
- ☐ **4.** I returned/canceled (circle one) merchandise on __/__/____because__________. **Enclose copy of return receipt, postal receipt or proof of refund.**
- ☐ **5.** The attached credit slip was listed as a charge.
- ☐ **6.** I was issued a credit slip for $__________ on __/__/____. It was not shown on my statement. **Enclose copy of credit slip.**
- ☐ **7.** Merchandise shipped to me arrived damaged and/or defective on __/__/____. I returned it on __/__/____. Merchant response was ________________. **Enclose copy of postal receipt and/or credit slip.**
- ☐ **8.** My account was charged $__________, but I should have been billed $__________. **Enclose copy of sales receipt and/or other documents showing correct amount.**
- ☐ **9.** **Other**–Attach letter describing dispute.

0610

## Important Payment Instructions.

**Crediting Payments.** If we receive your payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. The correct address for courier or express mail is the Express Payments Address shown below.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:

- **Enclose** a valid check or money order. No cash or foreign currency please.
- **Include** your name and account number on the front of your check or money order.

**If you send an eligible check with this payment coupon, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.**

**Copy Fee.** We charge $3 for each copy of a billing statement that dates back 3 months or more. We waive the fee if your request for the copy relates to a billing error or disputed purchase.

**Payment Options Other Than Regular Mail.**

- **Online Bill Payment Service.** If you enroll in this service, you can make payments online. Sign on to Account Online every month and pay your bill electronically using your checking or savings account. If we receive your request to make an Online Bill Payment by 5 p.m. Eastern time, we will credit your payment as of that day. If we receive your request to make an Online Bill Payment after that time, we will credit your payment as of the next day. For security reasons, you may be unable to pay your entire New Balance with your first Online Bill Payment.
- **AutoPay Service.** If you enroll in this service, your payment amount will be deducted automatically from the account you pick. Your card account will be credited on the due date with that amount. To enroll in AutoPay, visit Account Online today.
- **Pay by Phone Service.** You may use this service any time to make a payment by phone. You will be charged $14.95 if a representative of ours helps expedite your payment. Call by 5 p.m. Eastern time to have your payment credited as of that day. If you call after that time, your payment will be credited as of the next day. We may process your payment electronically after we verify your identity.
- **Express Payments.** You can send payment by courier or express mail to the Express Payments Address. This address is: Citi Cards, Attention: Payments Department, 1500 Boltonfield Street, Columbus, OH 43228. Payment must be received in proper form at the proper address by 5 p.m. Eastern time to be credited as of that day. All payments received in proper form at the proper address after that time will be